UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| WOLVERINE WORLD WIDE, INC., a Delaware corporation, and HUSH PUPPIES CANADA FOOTWEAR, LTD., a Quebec corporation,<br><br>   Plaintiffs,<br><br>v<br><br>WOLVERINE CANADA, INC., a Canadian corporation, RICHARD HUNT, an individual, MIKE DYON, an individual, and PAUL DYON, an individual.<br><br>   Defendants. | Case No: 1:07-cv-00391<br><br>**Hon. Paul L. Maloney**<br><br><br><br>**MOTION TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

---

| | |
|---|---|
| Douglas A. Dozeman<br>Scott R. Carvo<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon, NW<br>Grand Rapids, MI 49503-2487<br>616-752-2000<br>Attorneys for Plaintiffs | Julia M. Hilliker<br>Hodgson Russ LLP<br>Suite 100 Guaranty Building<br>140 Pearl Street<br>Buffalo, NY 14202-4040<br>716-856-4000<br>Attorneys for Defendants<br><br>Rock A. Wood<br>Dickinson Wright PLLC<br>Suite 900<br>200 Ottawa Avenue, NW<br>Grand Rapids, MI 49503-2427<br>616-336-1041<br>Local Counsel for Defendants |

---

Plaintiff Wolverine World Wide, Inc. ("Wolverine") seeks leave to file this sur-reply in opposition to Defendants' motion for summary judgment pursuant to Local Rule 7.2. Wolverine contacted Defendants' counsel, who consented to this filing. In their pleadings, Defendants erroneously assert that Wolverine untimely filed both its response opposing summary judgment (filed 31 days after service) and reply brief in support of summary judgment (filed 17 days after service). Local Rule 7.2 (c) covers dispositive motions and provides that responses to motions be filed 28 days after service. Replies are to be filed 14 days after service. In addition, Local Rule 5.7 (i)(v) provides for an extra 3 days when service is made electronically:

> Electronic service under this rule is complete upon transmission. The additional three (3) days to do an act or take a proceeding after service of a document applies when service is made electronically, by virtue of Fed. R. Civ. P. 6(d).

Local Rule 5.7 (i)(v) is consistent with the Federal Rules. Fed. R. Civ. P. 6(d) gives parties an extra 3 days to respond based on certain types of service, including electronic service:

> When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

*See* Fed. R. Civ. P. 5(b)(2)(E) (stating that service may be made electronically).

Here, there is no dispute that Wolverine was served with both Defendants' motion and response brief electronically. Thus, responsive pleadings were due 31 days and 17 days later, respectively. Wolverine's response brief and reply brief were, therefore, timely filed.

Dated: May 28, 2009     /s/ Scott R. Carvo
           Douglas A. Dozeman (ddozeman@wnj.com)
           Scott R. Carvo (scarvo@wnj.com)
           WARNER NORCROSS & JUDD LLP
           900 Fifth Third Center
           111 Lyon Street, NW
           Grand Rapids, MI 49503
           (616) 752-2000
           Attorneys for Plaintiffs

1667744